

KEVIN W. ALEXANDER  (SBN:  175204)
kalexander@grsm.com
RENATA ORTIZ BLOOM  (SBN:  254377)
rbloom@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 230-7702
Facsimile:  (619) 696-7124

Attorneys for Defendants,
HYATT HOTELS CORPORATION, HYATT CORPORATION, PLAYA
RESORTS MANAGEMENT, LLC and PLAYA MANAGEMENT USA, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JAMES CARTER, an individual, and
ANASTASIA DUBOSHINA,
Individually and as Successor in
Interest to the Estate of Nico James
Carter,

              Plaintiffs,

      vs.

HYATT HOTELS CORPORATION;
HYATT CORPORATION; PLAYA
HOTELS AND RESORTS, N.V.;
PLAYA RESORTS MANAGEMENT,
LLC; PLAYA MANAGEMENT USA,
LLC; and DOES 1 through 100,

              Defendants.

CASE NO. 3:23-cv-01838-BAS-AHG

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

Date: January 22, 2024
**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**

Judge: Honorable Cynthia Bashant

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on January 22, 2024, or as soon thereafter as counsel may be heard in the courtroom of the Honorable Cynthia Bashant, Los Angeles Courtroom 6C, located at 333 West Broadway, San Diego, California 92101, Defendants Hyatt Hotels Corporation; Hyatt Corporation; Playa Resorts Management, LLC; and Playa Management USA, LLC will and hereby do move to dismiss Plaintiffs' Complaint [Doc. 1] for (1) *forum non conveniens*; (2) improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3); and (3) lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1    First, dismissal is warranted for *forum non conveniens*. Plaintiffs signed a

2    registration card with a forum-selection clause. "[T]he appropriate way to enforce

3    a forum-selection clause pointing to a state or foreign forum is through the doctrine

4    of *forum non conveniens*," *Atlantic Marine Constr. Co. v. United States Dist.*

5    *Court*, 571 U.S. 49, 60 (2013), and "'[o]nly under extraordinary circumstances

6    unrelated to the convenience of the parties' should a motion to enforce a forum-

7    selection clause be denied."  *Sun v. Advanced China Healthcare, Inc.*, 901 F.3d

8    1081, 1088 (9th Cir. 2018) (quoting *Atlantic Marine*, 571 U.S. at 62).

9    Even if Plaintiffs had not agreed to a forum-selection clause, dismissal for

10   *forum non conveniens* is still warranted. Defendants submitted expert testimony

11   demonstrating Mexico is an adequate alternative forum, and "the balance of private

12   and public interest factors favors dismissal." *Loya v. Starwood Hotels & Resorts*

13   *Worldwide, Inc.*, 583 F.3d 656, 664 (9th Cir. 2009) (quoting *Lockman Found. v.*

14   *Evangelical Alliance Mission*, 930 F.3d 764, 767 (9th Cir. 1991)).

15   Second, California is not a proper venue for this case. The events giving rise

16   to Plaintiffs' claims occurred in Mexico and Defendants are not residents of

17   California. 28 U.S.C. § 1391.

18   Third, Plaintiffs did not carry their burden to establish that this Court has

19   personal jurisdiction over any Defendant. This is not an "exceptional case" that

20   would allow the exercise of general jurisdiction in a forum that is not the

21   company's place of incorporation, place of organization, or its principal place of

22   business. *BNSF Ry. Co. v. Tyrrell*, 137 S. Ct. 1549, 1558 (2017). Nor is there "a

23   strong 'relationship among [any Defendant], the forum, and the litigation'—the

24   'essential foundation' of specific jurisdiction." *Ford Motor Co. v. Montana Eighth*

25   *Judicial Dist. Court*, 141 S. Ct. 1017, 1028 (2021) (quoting *Helicopteros*

26   *Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414 (1984)).

27   This motion is based on this notice of motion and motion, the accompanying

28   memorandum of points and authorities, the Declarations of Christina Urbanski

*Gordon Rees Scully Mansukhani, LLP*
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

-2-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1   (Hyatt Hotels Corporation), Christina Urbanski (Hyatt Corporation), Andrea

2   Couttenye, Marcela Tobon, Daniele Galligani with exhibits, Fernando Cardoso

3   with exhibits, and Jordi Oropeza Solórzano with exhibits, all pleadings and papers

4   on file in this action, such other evidence or arguments as may be presented to the

5   Court, and such other matters of which this Court may take judicial notice.

6        This motion is made following the conference of counsel that took place on

7   November 21, 2023.

8

9

10  Dated: November 28, 2023         GORDON REES SCULLY MANSUKHANI, LLP

11           By:  */s/ Kevin W. Alexander*
12                Kevin W. Alexander
               Renata Ortiz Bloom
13                 Attorney for Defendants, HYATT HOTELS
14                 CORPORATION, HYATT CORPORATION, PLAYA RESORTS
15                 MANAGEMENT, LLC and PLAYA MANAGEMENT
16                 USA, LLC

17
18
19
20
21
22
23
24
25
26
27
28

-3-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS